## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

IN RE:                                           Case No. 23-10047-cgm
                                                                             Chapter 13

Charles Davidson

Debtor(s).

## **NOTICE OF APPEARANCE**

**MEB Loan Trust II, U.S. Bank National Association, not in its individual capacity but solely as trustee**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                               **Steven K. Eisenberg, Esquire**
                               **Stern & Eisenberg, PC**
                               **1581 Main Street, Suite 200**
                               **The Shops at Valley Square**
                               **Warrington, PA 18976**

                         By:     /s/ Steven K. Eisenberg
                               Steven K. Eisenberg, Esquire
                               Bar No: 5812821
                               Stern & Eisenberg, PC
                               1581 Main Street, Suite 200
                               The Shops at Valley Square
                               Warrington, PA 18976
                               Phone: (215) 572-8111
                               Fax: (215) 572-5025
                               seisenberg@sterneisenberg.com
                               Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, under the penalty of perjury, that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of February, 2023, to the following:

Richard A Jacoby
Jacoby & Jacoby
1737 North Ocean Avenue
Medford, NY 11763
jacobylaw@yahoo.com
*Attorney for Debtor(s)*

Krista M. Preuss
399 Knollwood Road
White Plains, NY 10603
info@ch13kp.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
USTPRegion02.NYECF@USDOJ.GOV
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Charles Davidson
118 W 17th St
NEW YORK, NY 10026

*Debtor(s)*

                                                By:      /s/ Steven K. Eisenberg
                                                          Steven K. Eisenberg, Esquire